**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 8, 2023.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-23-00491-CV**

---

**IN RE C. D., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-00064**

---

## MEMORANDUM OPINION

On July 17, 2023, relator C. D. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Sonya L. Heath, presiding

judge of the 310th District Court of Harris County, to vacate the trial court's May 10, 2023 order appointing amicus attorney.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.